PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE ERTMAN<br>Defendant. | CASE NO. 6:24-MJ-00019-HBK<br><br>MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE; VACATE DETENTION HEARING; ORDER<br><br>DATE: October 3, 2024<br>TIME: 11:30 a.m.<br>COURT: Hon. Helena M. Barch-Kuchta |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, moves to dismiss without prejudice the Information ("the Information") in the interest of justice. Dkt. 1.

The Information charges Robert Lee Ertman ("the defendant") with a violation of 18 United States Code ("U.S.C.") section 113(a)(5), simple assault. The government will be charging the defendant with felony charge for violation of 18 U.S.C. section 113(a)(8), related to the same conduct involved in the Information. Therefore, in the interest of justice, the government moves to dismiss without prejudice the pending Information and vacate the Detention Hearing currently scheduled for October 3, 2024.

Dated: October 2, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ARELIS M. CLEMENTE
    ARELIS M. CLEMENTE
    Assistant United States Attorney

MOTION TO DISMISS SUPERVISED RELEASE PETITION    1

## ORDER

IT IS HEREBY ORDERED that the Information is dismissed without prejudice in the interest of justice.  Dkt. 1.  All future dates in this matter, including the Detention Hearing scheduled for October 3, 2024, are VACATED.

Dated:   October 3, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE